IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY BAIDER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-5802 |
| DDR CORP., ET AL. | : | |

# **ORDER**

**AND NOW**, this  9th  day of February, 2018, upon consideration of Plaintiff Stanley Baider's Motion to Remand (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED**, and this action is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings.

The Clerk of Court is hereby **ORDERED** to mark this case **CLOSED** for all purposes.

**IT IS SO ORDERED.**

**BY THE COURT:**

**R. BARCLAY SURRICK, J.**