UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

4/9/2018

Court of Common Pleas
Philadelphia County
Attn: Patricia McAllister
City Hall, Room 269
Philadelphia, PA 19107

RE: 17-5802
BAIDER v. DDR CORP. et al

TO THE PROTHONOTARY:

Enclosed herewith is the original record from the Court of Common Pleas, together with a copy of the order which was filed in this office on 2/9/18.

Kindly acknowledge receipt on the copy of this letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Vincent J. Alia, Deputy Clerk

cc:

Received above record this    day of    APR 1 2 2018

_____
Signature

proret.frm